IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KENNETH WHITE                                                                                            PETITIONER

v.                                                Case No. 4:16-cv-4067

WENDY KELLEY, Director, Arkansas
Department of Correction                                                                            RESPONDENT

## ORDER

Before the Court is Petitioner Kenneth White's Motion to Require Additional Time for Report and Recommendation. (ECF No. 24). Petitioner asks the Court for an extension of time in which to object to the Report and Recommendation entered February 1, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. The Court finds that good cause for the extension has been shown. Accordingly, Petitioner's motion (ECF No. 24) is granted. Petitioner must file any objections to the Report and Recommendation on or before March 10, 2017.

Petitioner also asks the Court to reconsider the Court's January 20, 2017 denial of his motion to appoint counsel. Plaintiff has pointed the Court to no manifest error of law, manifest error of fact, or newly discovered evidence such that it is appropriate for the Court to reconsider its ruling. *See Hagerman v. Yukon Energy Corp.*, 839 F.2d 407, 414 (8th Cir. 1988). Accordingly, Petitioner's motion for reconsideration is denied.

Petitioner further asks the Court for "a form," stating that he has no way of getting the correct documents to file. The Court is unsure what document Petitioner is seeking, and he does not specify. Further, the Court finds that a form or document is not necessary to object to a Report and Recommendation, as objections may be written. Accordingly, Petitioner's request is

denied.

In conclusion, Petitioner's motion (ECF No. 24) is **GRANTED IN PART AND DENIED IN PART**. Petitioner must file any objections to the Report and Recommendation **on or before March 10, 2017**. Plaintiff's motion for reconsideration and request for a form to file are denied.

**IT IS SO ORDERED**, this 15th day of February, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge